7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Gary Lee Guentert
*Debtor*

*Bankruptcy Case No.*
15–41696–abf7

**Mary Beth Guentert**
   Plaintiff(s)

*Adversary Case No.*
15–04120–abf

v.

**Gary Lee Guentert**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of Plaintiff Mary Beth Guentert, that all obligations which have or may be owed by Defendant Gary Lee Guentert to Plaintiff arising out of or pertaining to their dissolution of marriage proceeding, Case No. 1016–FC051851 and Case No. 1016–FC051851–01, in the Circuit Court of Jackson County, Missouri, are excepted from discharge pursuant to 11 U.S.C. 523(a)(5) and (15).

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
     Deputy Clerk



Date of issuance: 12/24/15

Court to serve